# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0179. IN THE INTEREST OF B. M. R., A CHILD (MOTHER).**

On November 6, 2020, the juvenile court entered an order terminating the mother's parental rights to her child, B. M. R. On January 6, 2021, the mother filed this application for discretionary review. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the mother filed her application 61 days after entry of the termination order. Because the mother's application was untimely filed, we lack jurisdiction and the application is hereby DISMISSED.

Finally, the mother is informed that a juvenile court may grant an out-of-time application if a parent's appellate due process rights were frustrated by ineffective assistance of counsel. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d

416) (2016). This determination must be made by the juvenile court in the first instance. Id.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __01/22/2021__
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*